UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUAXINTONG INTERNATIONAL INVESTMENT MANAGEMENT LIMITED and NEW ASIA (CHINA) INTERNATIONAL GROUP COMPANY LIMITED<br><br>    Plaintiffs,<br><br>    v.<br><br>HONGKUN USA INVESTMENT LLC, 1419 WK OWNER LLC, HK RR (NJ) LLC, and 339 RIVER ROAD HOLDINGS LLC<br><br>    Defendants. | Case No. _____<br><br>*Document electronically filed* |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, counsel for Defendants Hongkun USA Investment LLC, 1419 WK Owner LLC, HK RR (NJ) LLC, and 339 River Road Holdings LLC certify the following:

1. Hongkun USA Real Estate Holdings LLC is Defendant Hongkun USA Investment LLC's parent corporation and is not a publicly held corporation.

2. Hongkun USA Investment LLC is Defendant 1419 WK Owner LLC's parent corporation and is not a publicly held corporation.

3. Hongkun USA Investment LLC is Defendant HK RR (NJ) LLC's parent corporation and is not a publicly held corporation.

4. Hongkun USA Investment LLC is Defendant 339 River Road Holdings LLC's parent corporation and is not a publicly held corporation.

Dated: February 4, 2022

        Respectfully submitted,

        /s/ Matthew D. Stockwell
        Matthew D. Stockwell (MS-1804)
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        31 West 52nd Street
        New York, New York 10019
        212.858.1000
        *Attorneys for Defendants*
        Hongkun USA Investment LLC, 1419 WK Owner LLC, and 339 River Road Holdings LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I caused a true and correct copy of the foregoing documents to be served via EFC on all counsel of record.

Dated: February 4, 2022                          By: /s/ Matthew D. Stockwell
                                                                 Matthew D. Stockwell